# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| Lynk Labs, Inc., | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:23-cv-00284-SDW-JBC |
| Vincent Feorenzo, | ) |
| Respondent. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: March 7, 2023

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
New Jersey Bar No. 000792008
darlene.ghavimi@klgates.com
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Telephone: 512-482-6800

*/s/ Carolyn S. Wall*
Carolyn S. Wall
New Jersey Bar No. 029682012
cwall@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 213-326-2000
Facsimile: 213-326-2061

*Attorney for Movant*  *Attorney for Respondent Vincent*
*Lynk Labs, Inc.*  *Feorenzo*

SO ORDERED.

*[signature]*

Hon. Susan D. Wigenton
United States District Judge
Dated: March 10, 2023